ACCEPTED
03-15-00516-CV
7210816
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/2/2015 4:16:29 PM
JEFFREY D. KYLE
CLERK

**No. 03-15-00516-CV**

In the Court of Appeals
For the Third Judicial District
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/2/2015 4:16:29 PM
JEFFREY D. KYLE
Clerk

## CANTU ENTERPRISES, LLC

*Appellant,*

**v.**

## GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS, AND KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS

*Appellees.*

ON APPEAL FROM THE 353RD DISTRICT COURT, TRAVIS COUNTY, TEXAS
TRIAL COURT CAUSE NO. D-1-GN-13-004369

## APPELLANT'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

RYAN LAW FIRM, LLP
Doug Sigel
Texas Bar No. 18347650
100 Congress Avenue, Suite 950
Austin, Texas 78701
Telephone: (512) 459-6600
Facsimile: (512) 459-6601

*Counsel for Cantu Enterprises, LLC*

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Tex. R. App. P. 10.1 and 38.6(d), the Appellant, Cantu Enterprises, LLC ("Cantu") files this First Unopposed Motion for Extension of Time to File Appellant's Brief.

The Appellant's Brief is currently due on **October 12, 2015**.

Counsel for Cantu requests a 30-day extension of time to file the Appellant's Brief, making the brief due on **November 11, 2015**. This is the first request for extension of time to file the Appellant's Brief.

Counsel for Appellant relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

• The undersigned counsel was preparing for and participated in a hearing on Motion for Summary Judgment in the case styled *Leviton Manufacturing Co., Inc. v. Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of The State of Texas*; Cause No. D-1-GN-15-001144; in the 53rd Judicial District Court of Travis County, Texas, that was held on September 22, 2015.

• The undersigned counsel was preparing for a hearing on Motions for Partial Summary Judgment in the case styled *Satellite Transportation Services, LLC v. Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton,*

*Attorney General of The State of Texas*; Cause No. D-1-GN-13-003780; in the 345th Judicial District Court of Travis County, Texas, that was scheduled for September 24, 2015. The case has now been settled.

• The undersigned counsel was traveling out-of-state to attend and speak at a conference for the Institute for Professionals in Taxation Sales Tax Symposium from September 25, 2015 through September 30, 2015.

Counsel for Appellant seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. Given the other time commitments imposed on counsel, it will not be possible to prepare the Appellant's Brief by October 12, 2015. This request is not sought for delay but so that justice may be done.

The undersigned has conferred with Jack Hohengarten, counsel for the Appellees, and he has indicated that he does not oppose this motion.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion; therefore no verification is necessary under Texas Rule of Appellate Procedure 10.2.

**PRAYER FOR RELIEF**

For the reasons set forth above, Appellant requests that this Court grant this First Unopposed Motion for Extension of Time to File Appellant's Brief and extend

the deadline for filing the Appellant's Brief up to and including **November 11, 2015**.

Appellant requests all other relief to which it may be entitled.

<div style="margin-left: 40%">

Respectfully submitted,


 /s/ Doug Sigel
Doug Sigel
Texas Bar No. 18347650
Doug.Sigel@RyanLawLLP.com
RYAN LAW FIRM, LLP
100 Congress Avenue, Suite 950
Austin, Texas  78701
Telephone: (512) 459-6600
Facsimile: (512) 459-6601

*Counsel for Cantu Enterprises, LLC*

</div>

## CERTIFICATE OF CONFERENCE

Pursuant to Tex. R. App. P. 10.1(5), I certify that the undersigned conferred with opposing counsel, Jack Hohengarten, on September 28, 2015, and Mr. Hohengarten is not opposed to this motion.

<div style="margin-left: 40%">

/s/ Doug Sigel
Doug Sigel

</div>

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Appellant's First Unopposed Motion for Extension of Time to File Appellant's Brief was served on Appellees, through counsel of record, Anthony Bolson and Jack Hohengarten, Office of the Attorney General, Financial Litigation, Tax & Charitable Trusts Division, William P. Clements Building, 300 W. 15th Street, 6th Floor, MC 017, Austin, Texas 78701, anthony.bolson@texasattorneygeneral.gov, and jack.hohengarten@texasattorney general by electronic mail and electronic service on October 2, 2015.

/s/ Doug Sigel
Doug Sigel